

# IN THE
## TENTH COURT OF APPEALS

### No. 10-18-00200-CR

ANTHONY JAMES HAUK,

Appellant

v.

THE STATE OF TEXAS,

Appellee

**From the 413th District Court
Johnson County, Texas
Trial Court No. F50285**

# ORDER

Appellant's motion for rehearing is denied. The Court's Memorandum Opinion and judgment, dated August 29, 2018, are withdrawn, and the Memorandum Opinion and judgment dated November 7, 2018, are substituted therefore.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed November 7, 2018

